Case 4:21-cv-00177  Document 35  Filed on 06/07/24 in TXSD  Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 07, 2024
Nathan Ochsner, Clerk

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Lew W. Henley, II, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. H-21-177 |
| United Airlines, Inc., | § § § | |
| Defendants. | § | |

### ORDER

On June 7, 2024, Plaintiff, Lew W. Henley, II, through counsel notified the Court that a settlement had been reached in this action with Defendant, United Airlines, Inc.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to the right of counsel to move for reinstatement within **thirty (30) days** of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 7th day of June, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE